IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

LG PROPERTIES LLC a/k/a
LG PROPERTIES LLC,
a Florida limited liability company,

    Plaintiff,                                        CASE NO.:

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

**COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL**

    **COMES NOW** Plaintiff, LG PROPERTIES LLC a/k/a LG PROPERTIES LLC, a Florida limited liability company (hereinafter "Plaintiff"), by and through undersigned counsel, and herein files this Complaint against Defendant SCOTTSDALE INSURANCE COMPANY (hereinafter "Defendant"), and alleges as follows:

**JURISDICTION**

1.     This is an action for damages which exceeds fifty thousand dollars ($50,000.000) exclusive of interest, costs and attorney's fees, which is within the jurisdictional limits of this Court in accordance with Section 26.012 of the Florida Statutes.

2.     Plaintiff is a Florida corporation which, at all times material hereto has engaged in business in Orange County, Florida.

3.     Defendant is a Florida corporation which, at all times material hereto, was engaged in the business of issuing and servicing homeowners' insurance policies in Orange County, Florida.

1

---
Canaura Law
311 Golf Road, Suite 1000, West Palm Beach, FL 33407
Telephone: (561) 529-9020 - Web: www.CanauraLaw.com – E-Mail Info@CanauraLaw.com - Ref: 6050

4.     Venue in Orange County, Florida is proper in this action under Sections 47.011 and 47.051 of the Florida Statutes because this action giving rise to this cause of action occurred in this county.

## GENERAL ALLEGATIONS

5.     At all times material hereto, Plaintiff owned the real property located 11497 Rocket Blvd Orlando, FL 32824 ("the Property"), which was insured by a policy of insurance issued by Defendant and identified as policy number CPS8104820 ("the Policy"). A true and correct copy of the Policy is attached hereto as Exhibit "A".

6.     Plaintiff has paid all premiums due under the subject Policy, which was in full force and effect at all relevant times alleged herein.

7.     On or about May 30, 2025, Plaintiff's Property suffered direct, physical damages as a result of a windstorm.

8.     The damage to the Property was caused by a covered-peril as defined by the terms of the subject insurance Policy.

9.     Plaintiff provided timely notice of this loss and made a claim to Defendant, specifically seeking payment of insurance policy benefits to repair the damages to the Property and to restore the Property to its pre-loss condition.

10.     Defendant acknowledged the claim, by and through its agents, employees or assigns.

11.     Defendant then sent its own loss consultants out to the Property to examine the damages and perform services related to the adjustment of the subject claim.

12.     Defendant assigned claim number 02206050 to the loss.

13.     Defendant denied coverage for the damages claimed by Plaintiff.

CANAURA LAW
311 Golf Road, Suite 1000, West Palm Beach, FL 33407
Telephone: (561) 529-9020 - Web: www.CanauraLaw.com – E-Mail Info@CanauraLaw.com - REF: 6050

14. Defendant failed to issue payment on the claim to repair the Property to its pre-loss condition as a result of the loss.

15. It is undisputed that Plaintiff and Defendant entered into a written contract, the Policy, wherein Plaintiff agreed to pay a premium and Defendant agreed to insure the Property.

16. Defendant had a duty under the subject insurance contract to fully compensate Plaintiff for all losses covered under the subject Policy.

17. Further, all conditions precedent to payment of the claim have occurred, have been performed, have otherwise been satisfied by Plaintiff, or have been waived by Defendant.

18. Defendant breached the Policy by its failure and/or refusal to make full and proper payment of insurance proceeds to Plaintiff which caused corresponding financial damage.

## COUNT I- BREACH OF CONTRACT

19. Plaintiff realleges and reincorporates paragraphs 1-18 as if fully stated herein, and further alleges as follows:

20. During the above Policy period the Subject Property sustained direct physical damages.

21. Plaintiff provided timely notice of the loss, as described above, to the Defendant.

22. Plaintiff has complied with all obligations and conditions precedent to this lawsuit and which would entitle Plaintiff to recover benefits under the Policy, or such conditions have been waived.

23. Defendant failed to provide complete coverage for the physical damages that occurred during the Policy period.

24. This failure is contrary to the terms of the Policy and constitutes a breach of Contract.

25. Plaintiff has been damaged by this breach in the form of unpaid insurance proceeds

3

---
Canaura Law
311 Golf Road, Suite 1000, West Palm Beach, FL 33407
Telephone: (561) 529-9020 - Web:  www.CanauraLaw.com – E-Mail Info@CanauraLaw.com - Ref: 6050

needed to restore the Subject Property to its pre-loss condition as a result of the Defendant refusing to pay the full amount owed under the Policy.

26. As a direct and proximate result of Defendant's breach of contract, Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the interests of Plaintiff and Plaintiff has become obligated to pay them a reasonable fee for their services in bringing this action.

27. Upon entry of judgment in favor of the Plaintiff, Defendant would be liable for all fees and costs reasonably incurred in connection with the prosecution of this action.

WHEREFORE, Plaintiff seeks entry of judgment against Defendant for damages caused by Defendant's breach of the Policy, plus court costs, prejudgment interest, and reasonable attorney's fees.

## **DEMAND FOR JURY TRIAL**

Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

CANAURA LAW
311 Golf Road, Suite 1000, West Palm Beach, FL 33407
Telephone: (561) 529-9020 - Web: www.CanauraLaw.com – E-Mail Info@CanauraLaw.com - REF: 6050

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing will be served on Defendant along with the Summons in this action.

**DATED** February 9, 2026

                                         **CANAURA LAW**
                                         Attorney for Plaintiff
                                         311 Golf Road, Suite 1000,
                                         West Palm Beach, Florida 33407
                                         Phone: (561) 529-9020
                                         Email: jose@canauralaw.com
                                                              jlynn@canauralaw.com
                                                              eservice@canauralaw.com

                                         By: _/s/ Jose M. Canaura, Esq._
                                               JOSE M. CANAURA, ESQ.
                                             Florida Bar No.: 1024996

5

CANAURA LAW
311 Golf Road, Suite 1000, West Palm Beach, FL 33407
Telephone: (561) 529-9020 - Web: www.CanauraLaw.com – E-Mail Info@CanauraLaw.com - Ref: 6050